| | |
|---|---|
| Lori J. Costanzo, SBN 142633<br>Frank Zeccola, SBN 308875<br>**COSTANZO LAW FIRM**<br>111 West St. John, #700<br>San Jose, CA 95113<br>Phone:   408.993.8493<br>Fax:       408.993.8496<br>Email:    lori@costanzo-law.com<br>              frank.zeccola@costanzo-law.com<br><br>*Attorneys for Plaintiff* | Mark D. Peters, SBN 110981<br>**PETERS & PETERS**<br>645 Fourth Street, Suite 213<br>Santa Rosa, CA 95404<br>Tele: (707) 545-9250<br>Email: mdp@sonic.net<br><br>*Attorney for Defendant*<br>AMY SCHLUETER |

Ethan M. Lowry, State Bar No. 278831
Heather G. Hensley, State Bar No. 313860
Ilana S. Shoyket, State Bar No. 352744
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      elowry@bfesf.com
                hhensley@bfesf.com
                ishoyket@bfesf.com

*Attorneys for Defendant*
SANTA ROSA CITY SCHOOLS
(Erroneously named as RINCON VALLEY MIDDLE SCHOOL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.W., a minor, by and through Guardian Ad Litem SHERIA WESTON, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>RINCON VALLEY MIDDLE SCHOOL, a California nonprofit corporation, AMY SCHLUETER, individual, and DOES 1-20,<br><br>   Defendants. | Case No. 4:25-cv-00034-DMR<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANT SANTA ROSA CITY SCHOOLS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>**Hon. Donna M. Ryu** |

1

STIPULATION AND ORDER (AS MODIFIED) TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANT
SANTA ROSA CITY SCHOOLS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No.: 4:25-cv-00034-DMR

1. Plaintiff A.W., a minor, by and through Guardian Ad Litem SHERIA WESTON and Defendants SANTA ROSA CITY SCHOOLS (the "CITY DEFENDANT"); and AMY SCHLUETER ("SCHLEUTER") (collectively with the CITY DEFENDANT, "Defendants," Plaintiff and Defendants, collectively, the "Parties"), by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, the Initial Case Management Conference and Motion to Dismiss Hearing is set for June 26, 2025 in Oakland, in a courtroom assignment;

WHEREAS, the lead trial counsel for CITY DEFENDANT is unavailable to appear in person on June 26, 2025;

WHEREAS, the Parties have met and conferred and agree that appearing remotely via videoconference for the Initial Case Management Conference and Motion to Dismiss Hearing would be beneficial to all Parties;

WHEREAS, the Parties agree to appear remotely via videoconference for the Initial Case Management Conference and Motion to Dismiss Hearing.

**NOW, THEREFORE,** for good cause as set forth above, the Parties, through their respective counsel of record, DO STIPULATE AND AGREE as follows:

The parties may appear remotely via videoconference for the Initial Case Management Conference and Motion to Dismiss Hearing scheduled for June 26, 2025.

**IT IS SO STIPULATED.**

Dated: June 20, 2025              COSTANZO LAW FIRM

                                  By:     /s/ Lori J. Costanzo
                                       Lori J. Costanzo
                                       Frank Zeccola
                                       Luiza Dias
                                       Attorneys for Plaintiffs
                                       Attorneys for A.W. and Sheria Weston

| | |
|---|---|
| Dated: June 20 2025 | PETERS & PETERS |
| | By:    */s/ Mark D. Peters* <br>      Mark D. Peters <br>      Attorneys for Defendant <br>      AMY SCHLUETER |
| Dated: June 20, 2025 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | By:    */s/ Ilana S. Shoyket* <br>      Ethan M. Lowry <br>      Heather G. Hensley <br>      Ilana S. Shoyket <br>      Attorneys for Defendant <br>      SANTA ROSA CITY SCHOOLS |

### **ELECTRONIC CASE FILING ATTESTATION**

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: June 20, 2025                               By:    */s/ Ilana S. Shoyket*
                                                         Ilana S. Shoyket

**ORDER (AS MODIFIED)**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the parties may appear remotely via videoconference for the Initial Case Management Conference and Motion to Dismiss Hearing scheduled for June 26, 2025 at 1:00 p.m.

All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

DATED:   June 23, 2025



_____
DONNA M. RYU
Chief Magistrate Judge

4

STIPULATION AND [PROPOSED] ORDER TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANT SANTA ROSA CITY SCHOOLS' MOTION TO DISMISS
Case No.: 4:25-cv-00034-DMR